# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| MARK C. NOLES, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 3:10-cv-01124 |
| | ) | Judge Campbell |
| DAVID R. OSBORNE, Warden, | ) | |
| | ) | |
| Respondent . | ) | |

## O R D E R

The court is in receipt of a *pro se* prisoner petition (Docket No. 1) under 28 U.S.C. § 2254 for writ of *habeas corpus*. The petitioner is an inmate at the West Tennessee State Penitentiary in Henning, Tennessee.

The court has conducted a preliminary review of the petition and finds that the petitioner has stated at least one colorable claim for relief. Rule 4, Rules — § 2254 Cases. Accordingly, the respondent shall file an answer, plead or otherwise respond to the petition in conformance with Rule 5, Rules — § 2254 Cases, within thirty (30) days of the date of the entry of this order on the docket.

The Clerk is directed to serve a copy of the petition and this order by certified mail on the respondents and the Attorney General of Tennessee. Rule 4, Rules — § 2254 Cases.

It is so **ORDERED**.

*Todd Campbell*
Todd J. Campbell
United States District Judge