UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MARK C. NOLES, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | No. 3:10-cv-01124 |
| ) | Judge Sharp |
| DAVID R. OSBORNE, Warden, ) | |
| ) | |
| Respondent. ) | |

# O R D E R

The petitioner, Mark C. Noles, brings this *pro se* action seeking federal *habeas corpus* relief under 28 U.S.C. § 2254. (Docket No. 1). As provided in the memorandum entered contemporaneously herewith, the petition is hereby **DENIED**. Rule 4, Rules - - - § 2254 Cases. Accordingly, the petitioner's claims are **DISMISSED** with prejudice. Rule 8, Rules – Section 2254 Cases.

A certificate of appealability will not issue as to any of the petitioner's claims.

It is so **ORDERED**.

_____
Kevin H. Sharp
United States District Judge